■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE KARABI-NAS, Appellant. — Appeal by defendant from a judgment of the County Court, Dutchess County (Aldrich, J.), rendered April 23, 1980, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence. Judgment affirmed. Under the circumstances herein we do not find custodial interrogation to have taken place prior to the giving of the *Miranda* warnings (see *People v Yukl,* 25 NY2d 585). We see no merit in defendant's other contentions. Mollen, P. J., Gibbons, Weinstein and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR McCABE, Appellant. — Appeal by defendant from a judgment of the County Court, Suffolk County (Doyle, J.), rendered April 21, 1980, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence. By order dated April 12, 1982, we remitted the case to the County Court, Suffolk County, to a Judge other than the Judge who accepted the plea and sentenced defendant, to hear and report, pursuant to CPL 730.30 (subd 4), as to the defendant's mental capacity at the time of his plea and sentence (*People v McCabe,* 87 AD2d 852). The County Court (Friedlander, J.), has complied with said order. Judgment affirmed. No opinion. Titone, J. P., O'Connor, Weinstein and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY NOEL, Appellant. — Judgment of the Supreme Court, Kings County (Alfano, J.), rendered March 18, 1982, affirmed (see *People v Benjamin,* 51 NY2d 267; *People v Finlayson,* 76 AD2d 670, cert den 450 US 931). Mollen, P. J., Titone, O'Connor and Weinstein, JJ., concur.